**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

United States Court of Appeals
Fifth Circuit

**F I L E D**

May 1, 2009

Charles R. Fulbruge III
Clerk

_____

No. 08-31033
Summary Calendar

_____

ALZA E. HANNAWACKER

Plaintiff-Appellant

v.

KANSAS CITY SOUTHERN RAILWAY CO.

Defendant-Appellee

_____

Appeal from the United States District Court
for the Western District of Louisiana
(5:07-CV-20)

_____

Before WIENER, STEWART, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

   Plaintiff-Appellant Alza E. Hannawacker sued her former employer, Defendant-Appellee Kansas City Southern Railway Co. ("KCS"), asserting violation of Title VII and the Americans with Disabilities Act of 1990 ("ADA"). She based her claims on assertions of discrimination based on her sex, a disability, and retaliation for filing an EEOC charge. Following due proceedings had, the district court granted the motion of KCS for summary

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

judgment and dismissed all claims asserted by Ms. Hannawacker. She timely filed a notice of appeal.

We have now reviewed the record on appeal and the briefs of the parties, including the district court's Memorandum Ruling which patiently and exhaustively analyzes all aspects of Ms. Hannawacker's claims, disposing of each in order and ultimately dismissing all by summary judgment. Our review satisfies us that the district court got it right for all the right reasons. As nothing would be gained here by reiterating the district court's disposition of Ms. Hannawacker's claims against KCS, we affirm for essentially the same reasons as set forth by the court in its Memorandum Ruling.

AFFIRMED.